UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : |
| | : MAGISTRATE NO. 22-MJ-084 |
| JOHN JUSTIN MOORE, | : |
| IAN ANDREW MCCOY, | : |
| | : VIOLATIONS: |
| Defendants. | : |
| | : 21 U.S.C. § 846 |
| | : (Conspiracy to Distribute and Possess |
| | : With the Intent to Distribute 50 Grams or |
| | : More of Methamphetamine) |
| | : |
| | : 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) |
| | : (Unlawful Possession with Intent to |
| | : Distribute 50 Grams or More of |
| | : Methamphetamine) |
| | : |
| | : FORFEITURE: 21 U.S.C. §§ 853(a) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

Beginning in or about January 2022, and continuing through on or about April 20, 2022, within the District of Columbia and elsewhere, **JOHN JUSTIN MOORE** and **IAN ANDREW MCCOY** and others both known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute 50 grams or more of

Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

**(Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about April 20, 2022, within the District of Columbia, **JOHN JUSTIN MOORE** and **IAN ANDREW MCCOY** did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Methamphetamine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### FORFEITURE ALLEGATION

1.    Upon conviction of any of the offense alleged in either Count One or Count Two of this indictment, **JOHN JUSTIN MOORE** and **IAN ANDREW MCCOY** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment

against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

A TRUE BILL:


FOREPERSON.


*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.