Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                       Criminal No.     22-142     (TFH)

IAN ANDREW MCCOY (2)           Category     B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/27/2022__ from __Judge Florence Y. Pan__ to __Judge Thomas F. Hogan__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Florence Y. Pan    & Courtroom Deputy
      Judge Thomas F. Hogan    & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk